Randall J. Sunshine, Esq. (SBN: 137363)
   rsunshine@linerlaw.com
Angela C. Agrusa, Esq. (SBN: 131337)
   aagrusa@linerlaw.com
David B. Farkas, Esq. (SBN: 257137)
   dfarkas@linerlaw.com
LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024-3503
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Defendant
NEVADA PROPERTY 1 LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASAN MIRKARIMI, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware limited liability company DBA THE COSMOPOLITAN HOTEL OF LAS VEGAS, and DOES 1-50, inclusive,<br><br>    Defendant. | Case No. 3:12-cv-02160-BTM-DHB<br><br>Honorable Barry Ted Moskowitz<br><br>**DEFENDANT NEVADA PROPERTY 1 LLC DBA THE COSMOPOLITAN OF LAS VEGAS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR, IN THE ALTERNATIVE, STRIKE CLASS ALLEGATIONS**<br><br>[FRCP 12(b)(6), 12(f), and 23]<br><br>[Memorandum of Points and Authorities In Support Thereof and Request for Judicial Notice Filed Concurrently Herewith]<br><br>Date:    December 21, 2012<br>Time:    11:00 a.m.<br>Courtroom: 15 |

**TO THE HONORABLE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 21, 2012 at 11:00 a.m. in Courtroom 15 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant Nevada Property 1 LLC DBA The Cosmopolitan of Las Vegas will, and hereby does, move the Court for an order (i) dismissing with prejudice Plaintiff Sasan Mirkarimi's First Amended Complaint, and each and every claim for relief therein pursuant to Federal Rule of Civil Procedure 12(b)(6); or, in the alternative, (ii) striking with prejudice all class allegations therein pursuant to Federal Rules of Civil Procedure 12(f) and 23.

The Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6) on the ground that Plaintiff's claim for violation of Penal Code Sections 632 and 632.7 fails to state a claim upon which relief can be granted.  Among other things, there is no objectively reasonable expectation of confidentiality in the customer-related communications at issue, and therefore the First Amended Complaint does not state a viable claim. The Motion is also made pursuant to Federal Rules of Civil Procedure 12(f) and 23 on the ground that Plaintiff's allegations reflect that a class action cannot be certified.  Based on the facts alleged in the First Amended Complaint, a class action cannot be maintained as a matter of law because individualized issues will necessarily predominate.  Further, the class is not ascertainable because the resolution of the claims at issue require a determination of the state of mind of each of the potential class members.  Moreover, Plaintiff seeks aggregated statutory damages, which, as a matter of law, render all class allegations improper, not superior and will violate due process.  These deficiencies cannot be cured.

//
//
//
//

1  This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, Defendant's Request for Judicial Notice, and such further evidence and argument as may be judicially noticed or presented for consideration in support hereof.

Dated: October 9, 2012

LINER GRODE STEIN YANKELEVITZ
SUNSHINE REGENSTREIF & TAYLOR LLP


By:  /s/ Angela C. Agrusa
Randall J. Sunshine
Angela C. Agrusa
David B. Farkas
Attorneys for Defendant
NEVADA PROPERTY 1 LLC