JAMES F. CLAPP (145814)
jclapp@sdlaw.com
JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART CLAPP HANNINK & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122-1253
Tel:   858-623-4200
Fax:  858-623-4299

Attorneys for Plaintiff

ANGELA C. AGRUSA (SBN 131337)
aagrusa@linerlaw.com
ALLEN P. LOHSE (SBN 236018)
alohse@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14 Floor
Los Angeles, California 90024-3503
Tel:  310-500-3500
Fax:  310-500-3501

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASAN MIRKARIMI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Delaware limited liability company DBA THE COSMOPOLITAN HOTEL OF LAS VEGAS, and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 12-CV-2160 BTM DHB<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE DISCOVERY AND SCHEDULING DEADLINES** |

1. On December 19, 2014, the Court entered an Order Granting Joint Motion to Continue Deadlines to Permit Mediation. ECF No. 98. The mediation was held on February 20, 2015, and the parties were able to reach a settlement of this action. The parties are in the process of preparing a formal settlement agreement. The parties anticipate that the formal settlement agreement will be finalized and that Plaintiff will be able to file a motion for preliminary approval within approximately sixty (60) days.

In view of the settlement, the parties request that the Court vacate all currently pending deadlines, including but not limited to deadlines to file any joint motions for determination of discovery disputes, the deadline of April 24, 2015 to complete discovery relating to class certification, and the deadline of June 5, 2015 for Plaintiff to file his motion for class certification.

Dated: March 2, 2015         DOSTART CLAPP HANNINK & COVENEY, LLP


                             s/ James F. Clapp
                             JAMES F. CLAPP
                             Attorneys for Plaintiff

Dated: March 2, 2015         LINER LLP


                             s/ Allen P. Lohse
                             ALLEN P. LOHSE
                             Attorneys for Defendant

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Allen P. Lohse, counsel for Defendant, and I have obtained his authorization to affix his electronic signature to this document.

Dated: March 2, 2015            DOSTART CLAPP HANNINK & COVENEY, LLP

s/ James F. Clapp
JAMES F. CLAPP
Attorneys for Plaintiff

693098.1