JAMES F. CLAPP (145814)
jclapp@sdlaw.com
JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART CLAPP HANNINK & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122-1253
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASAN MIRKARIMI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC, a Delaware limited liability company DBA THE COSMOPOLITAN HOTEL OF LAS VEGAS, and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 12-CV-2160 BTM (DHB)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: June 19, 2015<br>Time: 11:00 a.m.<br>Ctrm: 15B<br>Judge: Hon. Barry Ted Moskowitz<br><br>PER CHAMBERS,<br>NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 PLEASE TAKE NOTICE that on June 19, 2015 at 11:00 a.m. in Courtroom 15B of the above-captioned Court, located at 333 West Broadway, San Diego, California 92101, the Honorable Barry Ted Moskowitz presiding, Plaintiff Sasan Mirkarimi will and hereby does move the Court for an order preliminarily approving the proposed class action settlement agreement entered into between Plaintiff and Defendant Nevada Property 1 LLC, d/b/a The Cosmopolitan of Las Vegas.

This unopposed motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and is made on the ground that the proposed settlement agreement merits preliminary approval in view of the extent of discovery conducted in this action, the arm's-length nature of the settlement negotiations, the representation of the putative class by experienced counsel, the terms of the settlement, and other factors relevant to court approval of class action settlement agreements.

This motion is based on this Notice, the Memorandum of Points and Authorities filed herewith, the Declaration of James T. Hannink filed herewith, the court record in this action, and any argument or evidence as the Court may consider at the hearing of this motion.

Dated: May 8, 2015         DOSTART CLAPP HANNINK &
                            COVENEY, LLP


                            /s/ James T. Hannink
                            JAMES T. HANNINK
                            Attorneys for Plaintiff

707757.1

---

2

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF         12-CV-2160 BTM (DHB)
CLASS ACTION SETTLEMENT