JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122-1253
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASAN MIRKARIMI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC, a Delaware limited liability company DBA THE COSMOPOLITAN HOTEL OF LAS VEGAS, and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 12-CV-2160 BTM DHB<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: January 4, 2016<br>Time: 11:00 a.m.<br>Ctrm.: 15B<br>Judge: Hon. Barry Ted Moskowitz |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 4, 2016, at 11:000 a.m. in Courtroom 15B of the above captioned Court located at 221 West Broadway, San Diego, California, the Honorable Barry Ted Moskowitz presiding, plaintiff Sasan Mirkarimi will and hereby does move for an order granting final approval of the class action settlement in this matter.

The motion is made pursuant to Fed. R. Civ. P. 23(e) and is made upon the ground that the settlement is fair, adequate, reasonable, and in the best interests of the class members.

The motion is based on this Notice, the Memorandum of Points and Authorities, the Declaration of James T. Hannink, and the Declaration of Abel Morales, all of which are filed herewith, the court record in this action, and any argument or evidence as the Court may consider at the hearing of this motion.

Dated: December 7, 2015          DOSTART HANNINK & COVENEY LLP


                                 /s/ James T. Hannink
                                 JAMES T. HANNINK
                                 Attorneys for Plaintiff

747162.1