# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SASAN MIRKARIMI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC, a Delaware limited liability company DBA THE COSMOPOLITAN HOTEL OF LAS VEGAS, and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO. 12-CV-2160 BTM DHB<br><br>**JUDGMENT** |

WHEREAS, on February 29, 2016, the Court entered its Order Granting (1) Motion for Final Approval of Class Action Settlement and (2) Motion for Award of Attorneys' Fees, Litigation Expenses, and Class Representative Enhancement (the "Final Approval Order"); and

WHEREAS, the parties have performed their obligations to date under the Settlement Agreement in this Action;

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All terms defined in the Settlement Agreement between the parties to this Action are hereby adopted for purposes of this Judgment as if fully set forth and defined herein.

2. Plaintiff Sasan Mirkarimi and the Class Members who did not timely request exclusion from the settlement, on behalf of themselves and each of their respective heirs, representatives, successors, assigns, trusts, executors, and attorneys, have released and discharged The Cosmopolitan, and each of The Cosmopolitan's past and present officers, directors, employees, shareholders, members, partners, agents, representatives, predecessors, successors, parents, subsidiaries, affiliates, assigns, insurance companies, and attorneys, from any and all claims during the Applicable Class Period arising from the facts alleged in the Lawsuit, or which could have been alleged based on the facts pled in the Lawsuit, including all claims for violation of California Penal Code sections 632, 632.7, and 637.2.

3. The Parties are ORDERED to carry out the Settlement Agreement in the manner provided therein.

4. This Action is dismissed with prejudice, provided, however, that the Court retains continuing jurisdiction over the Parties and the Class Members to effectuate and ensure compliance with the Settlement Agreement.

IT IS SO ORDERED.

DATED:  March 2, 2016

_____
Barry Ted Moskowitz, Chief Judge
United States District Court

750389.1